Gregory McKINNEY, Plaintiff–Appellant,

v.

CITY OF INGLEWOOD POLICE DEPARTMENT; Anthony King; Reginald Watson; James Ellis; Los Angeles District Attorney's Office; Gil Garcetti; Jeffrey Semon; James Brewer, Defendants–Appellees.

No. 00–55040.
D.C. No. CV–98–05328–TJH.

United States Court of Appeals,
Ninth Circuit.

Submitted March 12, 2001.[1]

Decided March 28, 2001.

Before WALLACE, SILVERMAN, and W. FLETCHER, Circuit Judges.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM [2]

Gregory McKinney appeals the district court's order denying him leave to file his pro se civil rights complaint under 42 U.S.C. § 1983 in forma pauperis. We review for abuse of discretion a denial of leave to proceed in forma pauperis. *See Minetti v. Port of Seattle,* 152 F.3d 1113, 1114 (9th Cir.1998) (per curiam). We reverse and remand.

Because McKinney submitted the California Court of Appeal's order reversing McKinney's conviction, the district court should not have concluded that the complaint was barred by *Heck v. Humphrey,* 512 U.S. 477, 486–97, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). We reverse the district court's order denying leave to proceed in forma pauperis and remand for further proceedings.

McKinney's motion to compel production of documents filed on February 1, 2001, is denied.

REVERSED AND REMANDED.

---

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

